UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURA BRALEY, Individually, and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                v.<br><br>MASHNOON AHMED; CHRISTOPHER ANGELES; BRANDECO, LLC d/b/a/ brandnex.com; CASAD COMPANY d/b/a Totally Promotional; CUSTOM WRISTBANDS, INC. d/b/a Kulayful Silicone Bracelets, kulayful.com, speedywristbands.com, promotionalbands.com, wristbandcreation.com, and 1inchbracelets.com; AKIL KURJI; AZIM MAKANOJIYA; NETBRANDS MEDIA CORP. d/b/a 24hourwristbands.com and imprint.com; AND ZAAPPAAZ, INC. d/b/a WB Promotions, Inc., wrist-band.com, and customlanyard.net,<br><br>                Defendants. | Case No.: 4:17-cv-03064 (MH)<br><br>Judge: Hon. Melinda Harmon |

## PLAINTIFF KIMBERLY KJESSLER'S REPLY IN FURTHER SUPPORT OF MOTION FOR LIMITED INTERVENTION

      Plaintiff Braley concedes that she "does not oppose Oregon Action plaintiff Kjessler's motion to intervene in the Texas Action for the purpose of filing her response to our November 20 Motion."[1] Accordingly, Plaintiff Kjessler's Motion for Limited Intervention is unopposed.

      In light of the procedural posture of the related cases, the simple and most efficient means to resolve the disputed leadership motion remains to defer decision until such time as the Judicial Panel on Multidistrict Litigation decides the motion to consolidate or the Oregon court transfers the

---

[1] ECF No. 14 at 2.

1

first-filed case. At that time, the Court may institute a process to appoint leadership in a manner that respects the interests of all parties.

Plaintiff Braley argues that her motion for appointment of lead counsel on November 20, 2017 was timely. [2] But on that date, the *Braley* Action was the only case with similar allegations pending in the Southern District of Texas. The *Kjessler* Action was already pending in Oregon, but the *Rueckert* Action was not filed until November 27, 2017.[3] As a result, Plaintiff Braley moved this Court to appoint lead counsel over a case before another district court (the *Kjessler* Action) and a case that did not even exist (the *Rueckert* Action). Lead counsel can and should be designated only after those cases are consolidated before this Court, but not before.

Plaintiff Braley also urges Plaintiff Kjessler to "simply dismiss" the Oregon Action and refile it in the Southern District of Texas.[4]  But Plaintiff Kjessler has already sought to quickly resolve the forum dispute in the most time-efficient way, through a motion for voluntary transfer before the Oregon Court. That motion remains pending before the Oregon court, and will be decided in due course.

Plaintiff Braley's allegation of gamesmanship is not well made. Nor is Plaintiff Braley's insistence on maintaining her premature motion to appoint leadership.  To do so is to misuse this Court's resources.  For the reasons stated herein and her Motion, Plaintiff Kimberly Kjessler respectfully requests that this Court grant her Motion for Limited Intervention.


Dated: December 26, 2017                                    Respectfully submitted,


                                                            */s/ Warren Burns*
                                                            Warren T. Burns
                                                            TX State Bar No. 24053119

---

[2] *See* ECF No. 11 in the *Braley* Action.
[3] *Kjessler v. Zaappaaz, Inc.*, et al., No. 17-1361 (D. Or.), *Rueckert v. Zaappaaz, Inc., et al.,* No. 17-3607 (S.D. Tex.).
[4] *Id.*

2

BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com

Thomas H. Burt (admitted Pro Hac Vice)
WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLP
270 Madison Ave.
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
burt@whafh.com

Carl V. Malmstrom (admitted Pro Hac Vice)
Theodore B. Bell (admitted Pro Hac Vice)
WOLF HALDENSTEIN
ADLER FREEMAN & HERZ LLC
70 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone: (312) 984-0000
Facsimile: (312) 212-4401
malmstrom@whafh.com
tbell@whafh.com

Keith S. Dubanevich
Steve Larson
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
kdubanevich@stollberne.com
slarson@stollberne.com

**Attorneys for Plaintiff Kimberly Kjessler**

**CERTIFICATE OF SERVICE**

On December 26, 2017, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Warren T. Burns*
Warren T. Burns
TX State Bar No. 24053119
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
