United States District Court
Southern District of Texas
**ENTERED**
January 08, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURA BRALEY, Individually and on Behalf of All Others Similarly Situated, § § § | |
| Plaintiff, § | |
| V. § | CIVIL ACTION NO. H-17-3064 |
| MASHOON AHMED, ET AL., § § § | |
| Defendants. § | |

## ORDER

Pending and referred is Kimberly Kjessler's Motion for Limited Intervention (Document No. 13), in which Kjessler seeks permission to intervene in this case for the limited purpose of filing a response to Plaintiff Laura Braley's "Motion to Designate a Lead Case, to Consolidate Later-Filed or Transferred Cases and for Appointment of Interim Lead and Liaison Counsel" (Document No. 11). Plaintiff Braley "does not opposed Kjessler's motion for limited intervention" (Document No. 14). As such, Kjessler's Motion for Limited Intervention (Document No. 13) is GRANTED and Kimberly Kjessler may intervene in this case for the limited purpose of filing a response to Plaintiff Laura Braley's "Motion to Designate a Lead Case, to Consolidate Later-Filed or Transferred Cases and for Appointment of Interim Lead and Liaison Counsel." Such response, attached to Kjessler's Motion to Intervene as Exhibit 1 (Document No. 13-1) shall be filed by the Clerk as of this date.

Signed at Houston, Texas, this 8th day of January, 2018.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE