UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURA BRALEY, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>MASHNOON AHMED; CHRISTOPHER ANGELES; BRANDECO, L.L.C. d/b/a BrandNex.com; CASAD COMPANY d/b/a/ Totally Promotional; CUSTOM WRISTBANDS INC. d/b/a Kulayful Silicone Bracelets, Kulayful.com, Speedywristbands.com, Promotionalbands.com, Wristbandcreation.com, and 1inchbracelets.com; AKIL KURJI; AZIM MAKANOJIYA; NETBRANDS MEDIA CORP. d/b/a 24hourwristbands.com and imprint.com; and ZAAPPAAZ, INC. d/b/a WB Promotions, Inc., Wrist-Band.com, and Customlanyard.net,<br><br>        Defendants. | Civil Action No.: 4:17-cv-03064 (MH) |

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER OR MOVE IN RESPONSE TO PLAINTIFF'S COMPLAINT**

WHEREAS, plaintiff Laura Braley filed her complaint (the "Braley Complaint") in the above-captioned action (the "Texas Action") on October 12, 2017;

WHEREAS, there are two other pending cases making similar allegations as the Texas Action against overlapping defendants: *Kjessler v. Zaappaaz, Inc., et al.*, No. 17-1361 (D. Or.) (the "Oregon Action"); and *Rueckert v. Zaappaaz, Inc., et al.*, No. 17-3607 (S.D. Tex.) (the "Second Texas Action"); and

WHEREAS, plaintiff Laura Braley has moved before the Judicial Panel on Multidistrict Litigation (the "JPML") to consolidate the Texas Action with the Oregon Action and any later-

1

filed actions asserting similar claims (any such actions, "Subsequent Actions"), which motion the JPML will consider on January 25, 2018;

NOW THEREFORE, in light of the prospects of consolidation of the Texas Action and other actions, and in the interests of avoiding unnecessary work for counsel and the Court, Plaintiff Braley agrees to grant all Defendants an extension of time to answer or move in response to the Braley Complaint in the Texas Action, and the Defendants agree to those terms, as follows:

1. Defendants shall receive an extension of time in which to answer or move in response to the Braley Complaint in the Texas Action; *provided, however,* that if any Defendant answers or moves in response to a complaint in the Oregon Action, Second Texas Action, or any Subsequent Action, that Defendant's answer or motion in response to the Braley Complaint will be due on the same day.

2. On the date on which (A) a consolidated complaint is filed, or (B) the Braley Complaint or another complaint is declared as the operative complaint, Defendants will have thirty (30) days from that date in which to answer or move in response to the consolidated complaint or operative complaint.

Dated: January 9, 2018                                             Respectfully submitted,

*/s/ David Isaak*                                                         */s/ Miranda Y. Jones*

David Isaak                                                              Miranda Y. Jones
Razvan Ungureanu                                                   Heim Payne and Chorush LLP
Smyser Kaplan & Veselka, L.L.P.                              Heritage Plaza
700 Louisana Street, Suite 2300                                1111 Bagby St., Suite 2100
Houston, TX 77002                                                    Houston, TX 77002
Email: disaak@skv.com, rungureanu@skv.com        Tel: (713) 221-2017
                                                                                   Fax: (713) 221-2021
*Counsel for Defendants Mashnoon Ahmed and*        mjones@hpcllp.com

*Netbrands Media Corp.*

    John D. Radice (*pro hac vice*)
    Radice Law Firm, PC
    34 Sunset Blvd
    Long Beach, NJ 08008
    Tel: (646) 245-8502
    Fax: (609) 385-0745
    jradice@radicelawfirm.com

    *Counsel for Plaintiff Laura Braley and the Proposed Class*

*/s/ David Crowe*

David Crowe
Al Van Kampen
Van Kampen & Crowe PLLC
1001 4th Avenue, Suite 4050
Seattle, WA 98154
Email: avankampen@vkclaw.com,
dcrowe@vkclaw.com

*Counsel for Defendants Christopher Angeles and Custom Wristbands, Inc.*

*/s/ Stuart A. Berman*

Stuart A. Berman
Lerch Early & Brewer, Chtd.
7600 Wisconsin Ave., Suite 700
Bethesda, MD 20814
Email: saberman@lerchearly.com

*Counsel for Defendants Azim Makanojiya and Zaappaaz, Inc.*

*/s/ Todd F. Newman*

Todd F. Newman
Sheiness Glover & Grossman LLP
4544 Post Oak Place Drive, Suite 270
Houston, TX 77027
Email: tnewman@hou-law.com

*Counsel for Defendants Brandeco L.L.C. and Akil Kurji*

*/s/ John R. Fornaciari*

John R. Fornaciari
Thomas E. Hogan
Baker & Hostetler LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Email: jfornaciari@bakerlaw.com,
thogan@bakerlaw.com

*Counsel for Defendant Casad Company*

3

## **CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF and paper copies will be sent to those indicated as non-registered participants.

Date: January 9, 2018

*/s/ Miranda Y. Jones*
Miranda Y. Jones
Heim Payne and Chorush LLP
Heritage Plaza
1111 Bagby St., Suite 2100
Houston, TX 77002
Tel: (713) 221-2017
Fax: (713) 221-2021
mjones@hpcllp.com