United States District Court
Southern District of Texas

**ENTERED**
February 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| | HOUSTON | | 4:17-cv-03064 (MH) |
|---|---|---|---|
| | LAURA BRALEY, on behalf of herself and all others similarly situated | | |
| | MASHNOON AHMED. et al. | | |

David E. Crowe
Van Kampen & Crowe PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
206-386-7353 DCrowe@VKClaw.com
WA 43529 - CA 224895

| Name of party applicant seeks to appear for: | CUSTOM WRISTBANDS INC. and CHRISTOPHER ANGELES |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/22/18    Signed: *[signature]*

The state bar reports that the applicant's status is: Active

Dated: 2/23/2018    Clerk's signature: *[signature]*

**Order**

This lawyer is admitted *pro hac vice*.

Dated: February 23, 2018    *[signature]*
United States District Judge