# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LAURA BRALEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASHNOON AHMED; CHRISTOPHER ANGELES; BRANDECO, L.L.C. d/b/a BrandNex.com; CASAD COMPANY d/b/a Kulayful Silicone Bracelets, Kulayful.com, Speedywristbands.com, Promotionalbands.com, Wristbandcreation.com, and 1inchbracelets.com; AKIL KURJI; AZIM MAKANOJIYA; NETBRANDS MEDIA CORP. d/b/a 24hourwristbands.com and imprint.com; and ZAAPPAAZ, INC. d/b/a WB Promotions, Inc., Wrist-Band.com, and Customlanyard.net,<br><br>Defendants. | Civil Action No.: 17-CV-03064 |

## **UNOPPOSED MOTION OF THE UNITED STATES TO INTERVENE**

**PLEASE TAKE NOTICE** that, the United States of America, through the Antitrust Division of the United States Department of Justice ("the Antitrust Division" or "the United States"), pursuant to Rule 24 of the Federal Rules of Civil Procedure, hereby moves this Court for an Order permitting the United States to intervene in this civil litigation.

**PLEASE TAKE FURTHER NOTICE** that this motion of the United States is unopposed.

Dated: March 5, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　RYAN K. PATRICK

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF TEXAS


　　　　　　　　　　　　　　　　　By:　　/s/ Vernon Lewis
　　　　　　　　　　　　　　　　　　　　Vernon Lewis
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Southern District of Texas


　　　　　　　　　　　　　　　　　　　　/s/ Ryan D. Tansey
　　　　　　　　　　　　　　　　　　　　Ryan D. Tansey
　　　　　　　　　　　　　　　　　　　　Justin P. Murphy
　　　　　　　　　　　　　　　　　　　　Tiana L. Russell
　　　　　　　　　　　　　　　　　　　　Danielle M. Garten
　　　　　　　　　　　　　　　　　　　　Lauren M. Elfner
　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　450 5th Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　(202) 322-6039
　　　　　　　　　　　　　　　　　　　　ryan.tansey@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that the Unopposed Motion of The United States to Intervene was discussed with counsel for all parties in this matter, and none oppose the motion.

/s/ Ryan D. Tansey
Ryan D. Tansey
Trial Attorney
United States Department of Justice

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court and that it was served on the parties through the CM/ECF system.

/s/ Vernon Lewis  
Vernon Lewis  
Assistant United States Attorney  
Southern District of Texas
