UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Laura Braley

v.                                              Case Number: 4:17−cv−03064

Mashnoon Ahmed, et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Frances H Stacy

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/2/2018

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   March 6, 2018

                                                David J. Bradley, Clerk